IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS SWIECH, *individually and on behalf of other similarly situated individuals*,

    Plaintiff,

vs.                                        Civ. No. 25-47 KK/JMR

LOYA INSURANCE COMPANY,

    Defendant,

*and*

YVONNE APODACA, *on behalf of herself and all others similarly situated*,

    Plaintiff,

vs.                                        Civ. No. 18-399 KK/JMR

YOUNG AMERICA INSURANCE COMPANY,

    Defendant.

## ORDER CONSOLIDATING CASES

Before the Court is Plaintiff's Unopposed Motion to Consolidate Related Cases Pursuant to Federal Rule of Civil Procedure 42(a), filed in *Swiech v. Loya Insurance Company*, Civ. No. 25-47 KK/JMR ("*Swiech*"), on August 4, 2025. (Doc. 16.) Defendant Loya Insurance Company in *Swiech*, and Plaintiff Yvonne Apodaca and Defendant Young America Insurance Company in *Apodaca v. Young America Insurance Company*, Civ. No. 18-399 KK/JMR ("*Apodaca*"), do not oppose the motion. (Doc. 16 at 1.) The Court, having reviewed the motion, the record, and the relevant law, being otherwise sufficiently advised, and for the reasons stated in the motion, FINDS that the motion is well-taken and it is hereby GRANTED.

2

IT IS THEREFORE ORDERED that *Apodaca v. Young America Insurance Company*, Civ. No. 18-399 KK/JMR, shall be consolidated with *Swiech v. Loya Insurance Company*, Civ. No. 25-47 KK/JMR. *Swiech* shall be the lead case. The Clerk of the Court is directed to consolidate the two cases and to identify *Swiech* as the lead case. All future filings shall be made in the lead case only.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent